Larry Lyle LASKO, Plaintiff–
Appellant,

v.

UNITED STATES of America; Mr. J.
Caraway, Warden, is sued in his Indi-
vidual and Official Capacities; Mr. D.
Carpender, Captain, is sued in his In-
dividual and Official Capacities; Mr.
Bright, Special Investigative Agent,
(SIA) is sued in his Individual and
Official Capacities; Mr. K. Liller,
Senior Officer, is sued in his Individu-
al and Official Capacities; With Oth-
er Mr. and Ms. Jane and John Does, as
named in the Previously filed Tort
Action Exhibited. Is sued in their
Individual and Official Capacities for
Unveiling Professional Norms, Defen-
dants–Appellees.

No. 13–6494.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 6, 2013.

Decided: June 18, 2013.

Larry Lyle Lasko, Appellant Pro Se.

Before MOTZ, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Lyle Lasko appeals the district court's order dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Lasko v. United States*, No. 8:13–cv–00597–AW, 2013 WL 1145704 (D.Md. Mar. 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*